**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Juan Manuel AGUILAR–MIRANDA, Defendant—Appellant.**

No. 02–50157.
D.C. No. CR–01–02161–1–JTM.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 16, 2003.*

Decided Feb. 6, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before HALL, KOZINSKI and RAWLINSON, Circuit Judges.

### MEMORANDUM**

The prosecutor's closing arguments did not constitute "clear or obvious" error seriously affecting the trial's fairness or integrity. *See United States v. Blueford,* 312 F.3d 962, 974 (9th Cir.2002). Additionally, we presume that the jury followed the district court's curative instruction concerning the limited purpose of the hearsay statement. *See Mancuso v. Olivarez,* 292 F.3d 939, 952 (9th Cir.2002). Aguilar–Miranda's argument that 21 U.S.C. §§ 841 and 960 are unconstitutional under *Harris v. United States,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), is foreclosed by our recent ruling in *United States v. Hernandez,* 314 F.3d 430, 437–38 (9th Cir. 2002).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

